**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTIWAINE MARQUIS MARTIN,<br><br>    Petitioner,<br><br>v.<br><br>R.C. JOHNSON,<br><br>    Warden. | Case No. 2:23-cv-02103-RGK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objection has been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss the Petition is GRANTED.

IT IS FURTHER ORDERED that this action be dismissed WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/7/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE