JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANTIWAINE MARQUIS MARTIN, | Case No. 2:23-cv-02103-RGK-AJR |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| R.C. JOHNSON, | |
| Warden. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE.

DATED: 11/7/2023

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE